UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-23845

ANDRES GOMEZ, Individually,

    Plaintiff

v.

TUTTO PASTA, INC., a Florida Corporation,

    Defendant

_____/

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby file the Consent Decree attached hereto, for approval and entry. In the event the Court approves and enters the Consent Decree, the parties agree to dismiss the instant action with prejudice. Stipulation of dismissal with prejudice is conditioned on the Court's approval and entry of the Consent Decree. In the event the Court declines to approve and enter the Decree and retain jurisdiction to enforce, then the Stipulation for Dismissal is withdrawn.

**FOR THE PLAINTIFF**

By: /s/ Kathy L. Houston, Esq.

Kathy L. Houston, Esq., Of Counsel
Thomas B. Bacon, P.A.
15321 S. Dixie Hwy, Suite 205
Miami, FL 33157
Tel. 305-420-6609
Email: courtdocs@houstonlawfl.com
FBN: 56042

**FOR THE DEFENDANT**

By: ____Richard J. Diaz, Esq._____

Richard J. Diaz, Esq.
3127 Ponce de Leon Boulevard
Coral Gables, FL 33134
Tel. 305-444-8178
Email: rick@rjdpa.com
FBN: 767697